# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA KENNEDY, Individually )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RLJ II – SLE MIDWAY, LLC d/b/a )<br>SLEEP INN MIDWAY AIRPORT )<br>BEDFORD PARK, a Foreign Limited )<br>Liability Company, )<br>)<br>Defendant. ) | Case No.: 20-cv-02086<br>The Honorable Mary M. Rowland<br>Magistrate Judge Susan E. Cox |

## JOINT STIPULATION TO DISMISS

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, PATRICIA KENNEDY and the Defendant RLJ II – SLE MIDWAY, LLC hereby stipulate and agree to the voluntary dismissal of this action, without prejudice, each party to bear their own costs, including attorneys' fees. The sole pending matter is payment of settlement funds. Dismissal shall automatically convert to dismissal, with prejudice, within thirty days of the date of this stipulation.

Date: September 8, 2020                                         Respectfully submitted,

/s/ Joseph J. Lynett

Joseph J. Lynett
Jackson Lewis, P.C.
44 S. Broadway, 14th Floor
White Plains, NY 10601
Joseph.Lynett@jacksonlewis.com
Jessica E. Quarless
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
(312) 787-4949
Jessica.quarless@jacksonlewis.com


Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on September 8, 2020, he caused a true and correct copy of the foregoing **Joint Stipulation to Dismiss** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Kimberly Corkill, Esq.<br>
7 N. Coyle Street<br>
Pensacola, FL 32502<br>
kimberlyatlaw@gmail.com

/s/ Joseph J. Lynett