**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Patricia Kennedy
                              Plaintiff,

v.                                             Case No.: 1:20−cv−02086
                                               Honorable Mary M. Rowland

RLJ II − SLE Midway, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2020:

    MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' joint stipulation to dismiss, this case is dismissed without prejudice, each party to bear their own costs, including attorneys' fees. Dismissal shall automatically convert to dismissal, with prejudice, on October 8, 2020. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.